UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TONI J. MANUEL-SNIDARICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERVEL EUGENE ALLEN;<br>CONFEDERATED TRIBES OF<br>THE COLVILLE RESERVATION;<br>and COLVILLE TRIBAL<br>ENTERPRISE CORPORATION,<br><br>　　　　Defendants. | NO.  CV-08-282-RHW<br><br>**ORDER OF DISMISSAL<br>WITHOUT PREJUDICE** |

By previous order, the Court directed Plaintiff to show cause in writing on or before January 12, 2009, why the above-captioned case should not be dismissed for failure to prosecute (Ct. Rec. 6). Plaintiff has filed nothing since the issuance of that order.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned matter is **DISMISSED without prejudice**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at her last known address, and **close the file.**

**DATED** this 7th day of May, 2009.

　　　　　　　　　　　*s/Robert H. Whaley*
　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　Chief United States District Judge

Q:\CIVIL\2008\Manuel-Snidarich\dismiss.ord.wpd

**ORDER OF DISMISSAL WITHOUT PREJUDICE** * 1